

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

The City of New York
Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**Jordan Doll**
Assistant Corporation Counsel
Phone: (212) 356-2624

November 19, 2024

**BY ECF**
Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:    *V.A. et al. v. New York City Department of Education et al.*
                    1:24-cv-5562 (GHW)(RWL)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced matter. I write to inform the Court that the parties have reached a settlement in principle on the substance of this case, and only attorney's fees and costs remain to be negotiated. Accordingly, the parties request 62[1] days to negotiate fees and costs. Defendants propose filing a joint status letter on January 20, 2024 to update the Court on the parties' progress.

      If this request is granted, Defendants also request that the Answer to the Complaint due November 21, 2024 and the Initial Pretrial Conference ("IPC") scheduled for December 18, 2024, be adjourned indefinitely pending a final resolution in this case. Because the parties are very hopeful this case can be resolved without further Court involvement, it is respectfully submitted that an Answer or IPC at this time would be an unnecessary use of the Court's and the parties' efforts.

---

[1] Sixty days would result in a Saturday due date.

Finally, in response to the Court's November 8, 2024 Order (ECF No. 23), the parties are in discussion about whether we agree to have anything further in this matter proceed solely before Judge Lehrburger, and will inform the Court of our decision by November 22, 2024.

Defendants thank the Court for considering these requests.

Respectfully submitted,

[ECF]          /s/
Jordan Doll
Assistant Corporation Counsel

cc: All counsel of record (via ECF)

Request granted. The parties shall file a joint status report by January 20, 2025. The currently scheduled pre-trial conference and Defendant's deadline to respond to the Complaint are adjourned sine die.

SO ORDERED:

11/19/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE