**Law Offices of Irina Roller, PLLC**

**40 Wall Street**  Telephone (212) 688-1100
**New York, New York 10005**  Facsimile (212) 706-9362
  Email: Hearings@RollerEsq.com

---

January 21, 2025

**VIA ECF**
Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:
1/21/2025
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:  *V.A. et. al. v. New York City Public Schools, et al.*
 1:24-cv-05562 (GHW)(RWL)

Dear Judge Lehrburger:

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking review of an erroneous State Review Officer's Decision and to reinstate an Impartial Hearing Officer's correct decision, as well as attorneys' fees, costs and expenses for legal work on a trial and SRO Appeal under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. (IDEA), as well as for this action.

The parties submit this joint status report per the Court's November 20, 2024 Order (ECF 25) and respectfully requests a 45-day stay of this action to allow the parties to continue settlement negotiations of attorney's fees and costs. Plaintiffs provided their settlement demand and supporting documents and Defendants need additional time to review the documentation and make a productive counter-offer. The requested stay will allow the parties to engage in settlement negotiations and hopefully resolve this matter without burdening the Court with motion practice. This is the parties' second request for a stay.

If a stay is granted, the parties proposes the submission of a joint status letter on or before March 14, 2025 updating the Court on the status of settlement negotiations.

We thank you in advance for the Court's consideration of this request.

Respectfully submitted,

s/
Irina Roller
*Attorneys for the Plaintiff*

cc:  All counsel for Defendant via ECF